# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

CARLOS PIPPINS, )
)
    Plaintiff, )
)
v. ) No. 4:09-CV-270 CAS
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

    This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton filed September 11, 2009. <u>See</u> 28 U.S.C. § 636(b). The Magistrate Judge recommended that the Court grant the Commissioner's request to reverse the decision of the Commissioner and remand the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Neither party has filed an objection to the recommendation.

    After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be reversed and this case remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Accordingly,

    **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 22]

    **IT IS FURTHER ORDERED** that defendant's motion to reverse and remand is **GRANTED**. [Doc. 20]

**IT IS FURTHER ORDERED** that defendant's motion for abeyance is **DENIED as moot**. [Doc. 17]

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

An appropriate judgment of remand will accompany this order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 24th day of September, 2009.